## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

ONE STOP SHOP, LLC, a Nebraska
Limited Liability Company;

        Plaintiff,

   v.

PPG SHADOW REAL ESTATE LLC, a
Delaware Limited Liability Company; and
PREP PROPERTY GROUP LLC, a
Delaware Limited Liability Company;

        Defendants.

**8:25CV573**

**ORDER OF RECUSAL**
**REQUEST FOR REASSIGNMENT**

This matter is before the Court on the Court's own accord pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 22nd day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge